SLIP OPINION

# ARKANSAS COURT OF APPEALS
## DIVISION I
**No.** CV–16–634

|  |  |
|---|---|
| LYNDA LEWIS WILLIAMSON<br><div align="right">APPELLANT</div><br>V.<br><br>BOONEVILLE HUMAN DEVELOPMENT CENTER & PUBLIC EMPLOYEE CLAIMS DIVISION<br><div align="right">APPELLEES</div> | **OPINION DELIVERED:** MARCH 1, 2017<br><br>APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION<br>[NO. G202939]<br><br><br>AFFIRMED |

## ROBERT J. GLADWIN, Judge

Appellant Lynda Lewis Williamson appeals the April 5, 2016 opinion of the Arkansas Workers' Compensation Commission (Commission) that affirmed and adopted the September 15, 2015 opinion of the administrative law judge, which denied appellant's request for additional medical treatment and temporary-total-disability benefits associated with her left-shoulder injury that occurred on April 6, 2012. Appellant argues that the decision of the Commission is not supported by substantial evidence. We affirm.

We review a decision of the Commission to determine whether there is substantial evidence to support it. *Crow v. Advanced Dental Implants & Denture Ctr.*, 2016 Ark. App. 361. We review the evidence and all reasonable inferences deducible therefrom in the light most favorable to the Commission's findings. *Id.* It is the Commission's province to weigh the evidence and determine what is most credible. *Id.* The issue on appeal is not whether

we would have reached a different result or whether the evidence would have supported a contrary conclusion; we will affirm if reasonable minds could reach the Commission's conclusion. *Id.*

It is the Commission's duty, not ours, to make credibility determinations, to weigh the evidence, and to resolve conflicts in the medical opinions, evidence, and testimony. *Green v. N. Little Rock Sch. Dist.*, 2016 Ark. App. 512. When the Commission has denied a claim because of the claimant's failure to meet his or her burden of proof, the substantial-evidence standard of review requires that we affirm if the Commission's opinion displays a substantial basis for the denial of relief. *Bolus v. Jack Cecil Hardware*, 2013 Ark. App. 288. Because this is the sole issue now before us, and because the Commission's opinion adequately explains the decision, we affirm by memorandum opinion. *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985) (per curiam).

Affirmed.

ABRAMSON and VIRDEN, JJ., agree.

*Daily & Woods, P.L.L.C.*, by: *Douglas M. Carson*, for appellant.

*Robert H. Montgomery*, Public Employee Claims Division, for appellees.

SLIP OPINION